UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

FILED
October 10, 2007
CLERK, US DISTRICT COURT
EASTERN DISTRICT OF
CALIFORNIA
DEPUTY CLERK

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | Case No. 2:07-mj-311 KJM |
| Plaintiff, ) | |
| v. ) | ORDER FOR RELEASE |
| ) | OF PERSON IN CUSTODY |
| Kenyetta Norwood, ) | |
| Defendant. ) | |

TO:   UNITED STATES MARSHAL:

This is to authorize and direct you to release  Kenyetta Norwood  Case 2:07-mj-311 KJM from custody subject to the conditions contained in the attached "Notice to Defendant Being Released" and for the following reasons:

    _   Release on Personal Recognizance

    _   Bail Posted in the Sum of _____

    X   Unsecured bond in the amount of $20,000 to be co-signed by Kathryn Horton

    _   Appearance Bond with 10% Deposit

    _   Appearance Bond secured by Real Property

    _   Corporate Surety Bail Bond

    X   (Other) PTS conditions/supervision

Issued at  Sacramento, CA  on  10/10/07  at  2:45 p.m.

By _____
Kimberly J. Mueller,
United States Magistrate Judge