```
 1
 2
 3
 4
 5
 6
 7
 8                  IN THE UNITED STATES DISTRICT COURT
 9                FOR THE EASTERN DISTRICT OF CALIFORNIA
10   UNITED STATES OF AMERICA,    ) No. 2:07-mj-0311 KJM
                                  )
11                   Plaintiff,   )
                                  ) ORDER FOR TRANSPORTATION AND
12        v.                      ) SUBSISTENCE
                                  )
13   KENYETTA NORWOOD,            )
                                  )
14                   Defendant.   )
                                  )
15   _____)
16
17   TO:  UNITED STATES MARSHAL SERVICE, SACRAMENTO, CALIFORNIA:
18        This is to authorize and direct you to furnish the above-named
19   defendant, KENYETTA NORWOOD, with transportation and subsistence
20   expenses for travel from Sacramento, California, to Scranton,
21   Pennsylvania, for a hearing in the United States District Court for the
22   Middle District of Pennsylvania on November 5, 2007 at 2:00 p.m. in
23   case number 5:mj:07-120 MEM.  If there is not a plane flight available
24   for Ms. Norwood to timely make her appearance on November 5, 2007, it
25   will be necessary for Ms. Norwood to arrive in Scranton, Pennsylvania
26   on November 4, 2007, in order to timely make her court appearance by
27   2:00 p.m. on November 5, 2007.  Ms. Norwood will also need return
28   transportation back to her residence in Sacramento, California, on
```

1  November 5, 2007.  The United States Marshal must also furnish Ms.
2  Norwood with money for subsistence expenses to her destination, not to
3  exceed the amount authorized as a per diem allowance for travel under
4  section 5702(a) of Title 5, United States Code.  This order is
5  authorized pursuant to 18 U.S.C. §4285.
6  IT IS SO ORDERED.
7  Dated:  October 18, 2007.

_____
U.S. MAGISTRATE JUDGE

Order for Transportation
and Subsistence                   -2-